FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/10/2015 10:59:49 AM
CATHY S. LUSK
Clerk

April 9, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:          12-15-00034-CR, 12-15-00035-CR,
                                 12-15-00036-CR

          Trial Court Case Number:   241-2620-06-A, 241-2621-06-A, 241-2622-06-A

**Style:**   Donald Lee Gray
             v.
             The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above causes. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By:_____
   Katrina McClenny, Chief Deputy Clerk

CC:   Mr. James W. Volberding (DELIVERED VIA E-MAIL)
      Mr. Michael J. West (DELIVERED VIA E-MAIL)

Mandate executed on __10th  day of __APRIL_____, 2015.

Brief explanation of action taken: ____SCANNNED_____

_____LINDA RHYMES_____District/County Clerk

1517 WEST FRONT STREET  ●  SUITE 354  ●  TYLER, TX 75702  ●  TEL: 903-593-8471  ●  FAX: 903-593-2193

*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us